IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Plaintiff JOHN STEWART

Civil Case # 1:19-cv-2454

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   John Stewart

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Colorado

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Colorado

6. Plaintiff's/Deceased Party's current state of residence:

   Colorado

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Colorado

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical, LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      1-28

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

November 17, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

Memorial Hospital Colorado, 1400 East Boulder St., Colorado Springs, CO 80909

13. Implanting Physician(s):

Dr. Scott Hurlbert

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability – Failure to Warn

☒ Count II – Strict Products Liability – Design Defect

☒ Count III – Negligence

☒ Count IV – Negligence Per Se

☒ Count V – Breach of Express Warranty

☒ Count VI – Breach of Implied Warranty

☒ Count VII – Violations of Applicable Colorado (insert State) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII – Loss of Consortium

☐ Count IX – Wrongful Death

☐ Count X – Survival

☒ Count XI – Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

Grant L. Davis and Thomas E. Ruzicka

16. Address and bar information for Attorney for Plaintiff(s):

Davis, Bethune & Jones, LLC, 1100 Main Street, Suite 2930, Kansas City, MO 64105

Grant L. Davis, MO #34799 and Thomas E. Ruzicka, MO #63584


Dated: June 18, 2019

                                                                     Respectfully submitted,

                                                                     DAVIS BETHUNE & JONES, LLC

                                                                     /s/ *Grant L. Davis*
                                                                     Grant L. Davis        MO #34799
                                                                       Thomas E. Ruzicka  MO #63584
                                                                     1100 Main Street, Suite 2930
                                                                     Kansas City, MO 64105
                                                                     (816) 421-1600; (816) 472-5972 fax
                                                                     gdavis@dbjlaw.net
                                                                     truzicka@dbjlaw.net

                                                                  ATTORNEYS FOR PLAINTIFF